IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00120-RPM

RONNA DEE KITSMILLER,
Individually, and on behalf of herself
and all others similarly situated,

       Plaintiffs,

v.

MERCK & CO. INC., and
SCHERING-PLOUGH CORORATION,

       Defendants.

_____

## ORDER OF RECUSAL
_____

      Because my wife holds stock in Defendant Merck & Co., Inc., there is a

disqualification under 28 U.S.C. § 455(b)(4), and it is therefore

      ORDERED that the Clerk of Court shall reassign this civil action.

      DATED: January 18, 2008

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Chief Judge