**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00120-LTB

RONNA DEE KITSMILLER,
PAYAO VARIINO, and
DONALD VARINO
On behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

MERCK & CO., INC., and
SCHERING-PLOUGH CORPORATION,

      Defendants.
_____

**ORDER**
_____

This matter is before the Court on Defendants' Motion to Stay and for Extension of Time to Answer, Move or Otherwise Respond to the Complaint (Doc 16). The Court has reviewed the motion, Plaintiffs' Response (Doc 19), and being fully advised in the premises, it is

ORDERED that Defendants' Motion to Stay is GRANTED. All deadlines are STAYED until the Judicial panel on Multidistrict Litigation decides the pending motions for centralization and transfer in <u>In re Vytorin/Zetia Marketing, Sales Practices and Prods. Liab. Litig.</u>, MDL No. 1938 (J.P.M.L.)

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED:   March 3, 2008